EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Elba I. Santiago Rodríguez | 2005 TSPR 108 <br><br> 165 DPR _____ |

Número del Caso: 6804

Fecha: 5 de agosto de 2005

Abogada de la Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Elba I. Santiago Rodríguez

                          6804

Sala de Verano integrada por el Juez Asociado señor Rebollo López, como su Presidente y las Juezas Asociadas señora Fiol Matta y señora Rodríguez Rodríguez.

RESOLUCIÓN

San Juan, Puerto Rico, a 5 de agosto de 2005.

Examinada la "Moción Solicitando Status" presentada por la licenciada Elba I. Santiago Rodríguez el 14 de junio de 2005, se ordena la reinstalación de la referida abogada al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo